| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>LAW OFFICES OF DALE K. GALIPO<br>Dale K. Galipo (SBN 144074)<br>dalekgalipo@yahoo.com<br>Cooper Alison-Mayne (SBN 343169)<br>21800 Burbank Boulevard, Suite 310<br>Woodland Hills, CA 91367<br>Phone: (818) 347-3333 | |
| ATTORNEY(S) FOR: | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.A. and S.A., minors by and through Guardian ad Litem JULIETTA RENE CHURCHER, et al.<br><br>Plaintiff(s),<br>v.<br>CITY OF DOWNEY, and DOES 1–10<br><br>Defendant(s) | CASE NUMBER:<br><br><br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___Plaintiff___ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| T.A., minor by and through Guardian ad Litem JULIETTA RENE CHURCHER | Plaintiff |
| S.A., minor by and through Guardian ad Litem JULIETTA RENE CHURCHER | Plaintiff |
| ALBERTO A. HURTADO | Plaintiff |
| LINDA LEE STEELE | Plaintiff |
| ALEXANDER C. ARENAS | Plaintiff |
| KRISTIN N. ARENAS | Plaintiff |
| | |
| CITY OF DOWNEY | Defendant |
| DOES 1–10 | Defendant |

| | |
|---|---|
| June 18, 2025<br>Date | /s/ Dale Galipo<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiffs'