# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.A. , et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>CITY OF DOWNEY , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:25−cv−05555−MCS−AS<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

  6/18/2025          1                   

Date Filed        Doc. No.      Title of Doc.

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

It appears a Guardian Ad Litem is named in this case but no Petition seeking such appointment has been filed. A Petition for the Appointment of a Guardian Ad Litem must be filed when the appointment of a guardian ad litem is required by Fed. R. Civ. P. 17(c)(2). See Local Rule 17−1. Filer must file a Petition for the Appointment of a Guardian Ad Litem immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83−7.

                                    Clerk, U.S. District Court

Dated:  June 20, 2025          By:  /s/ *Shaunte M Hunter*  *Shaunte_Hunter@cacd.uscourts.gov*
                                      Deputy Clerk