**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.A. and S.A., minors by and through their Guardian ad Litem JULIETTA CHURCHER; ALBERTO HURTADO; LINDA LEE STEELE; ALEXANDER ARENAS; KRISTIN ARENAS<br><br>        Plaintiffs,<br><br> v.<br><br>CITY OF DOWNEY, DOES 1–10<br><br>        Defendants. | Case No.: 2:25−cv−05555−MCS (ASx)<br>*District Judge Mark C. Scarsi*<br>*Magistrate Judge Alka Sagar*<br><br>**APPLICATION OF  JULIETTA CHURCHER FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF S.A.**<br><br>[*Consent of Nominee* and *Proposed Order* filed concurrently herewith] |

## APPLICATION OF JULIETTA CHURCHER FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF S.A.

1.      S.A. is a minor plaintiff in the above-referenced case.

2.      S.A. was born on October 22, 2023.

3.      JULIETTA CHURCHER, who is not a plaintiff in this matter, is the mother of minor plaintiff S.A.

4.      JULIETTA CHURCHER is not a plaintiff in this case and has no
interest potentially adverse to minor plaintiff S.A.

5.      JULIETTA CHURCHER is a responsible adult and fully competent to
understand and protect the rights of S.A. *See* Consent Declaration of Nominee to
Appointment as Guardian *ad Litem* for Minor Plaintiff S.A., filed concurrently
herewith.

6.      Plaintiffs therefore respectfully request an order appointing JULIETTA
CHURCHER as Guardian *ad Litem* for minor plaintiff S.A.

                                        LAW OFFICES OF DALE K. GALIPO

DATED: June 23, 2025

                          By:   */s/ Cooper Alison-Mayne*
                                Dale K. Galipo
                                Cooper Alison-Mayne
                                *Attorneys for Plaintiffs*

DATED:  6/23/2025

                          By:   
                                JULIETTA CHURCHER

APPLICATION FOR APPOINTMENT OF GUARDIAN AD LITEM