| | |
|---|---|
| 1 | **LAW OFFICES OF DALE K. GALIPO** |
| | Dale K. Galipo, Esq. (SBN 144074) |
| 2 | dalekgalipo@yahoo.com |
| | Cooper Alison-Mayne (SBN 343169) |
| 3 | cmayne@galipolaw.com |
| | 21800 Burbank Boulevard, Suite 310 |
| 4 | Woodland Hills, CA 91367 |
| | Phone: (818) 347-3333 |
| 5 | |
| | **RUBIN LAW OFFICE, P.C.** |
| 6 | David Rubin (SBN 304744) |
| | david@rubinlawoffice.com |
| 7 | 2292 Faraday Avenue, Suite 100 |
| | Carlsbad, CA 92008 |
| 8 | Phone: (619) 719–1087 |

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T.A. and S.A., minors by and through their Guardian ad Litem JULIETTA CHURCHER; ALBERTO HURTADO; LINDA LEE STEELE; ALEXANDER ARENAS; KRISTIN ARENAS<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF DOWNEY, DOES 1–10<br><br>Defendants. | Case No.: 2:25−cv−05555−MCS (ASx)<br><br>**DECLARATION OF JULIETTA CHURCHER AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF S.A. (C.C.P. § 377.32)** |

<u>**C.C.P. § 377.32 DECLARATION OF JULIETTA CHURCHER FOR S.A.,**</u>

<u>**SUCCESSOR IN INTEREST TO ALBERTO ARENAS**</u>

I, JULIETTA CHURCHER, do hereby declare as follows:

-1-
DECLARATION

1    1.    My name is JULIETTA CHURCHER. I am a competent adult over the age of eighteen and the natural mother of minor plaintiff S.A.

2.    I am personally familiar with the facts contained herein and would and could competently testify thereto if called upon to do so.

3.    The name of the decedent in this action is Alberto Arenas ("Decedent").

4.    S.A. is Decedent's child. He is Decedent's successor in interest as defined in Section 377.11 of the California Code of Civil Procedure as his biological child.

5.    No other persons have a superior right to commence this action.

6.    Everett's death certificate is filed concurrently as Exhibit A.

I, JULIETTA CHURCHER, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on ____6/23/2025____ 2025 in ____Los Angeles____, California.

Signed by:
_____
JULIETTA CHURCHER

-2-
DECLARATION

# EXHIBIT A

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF LOS ANGELES
## DEPARTMENT OF PUBLIC HEALTH

### CERTIFICATE OF DEATH
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 3/06)

STATE FILE NUMBER: 3052024148385
LOCAL REGISTRATION NUMBER: 3202419032637

**DECEDENT'S PERSONAL DATA**

1. NAME OF DECEDENT—FIRST (Given): ALBERTO
2. MIDDLE: NICHOLAS
3. LAST (Family): ARENAS
4. DATE OF BIRTH: 01/07/1995
5. AGE Yrs.: 29
6. SEX: M
7. DATE OF DEATH: 06/29/2024
8. HOUR (24 Hours): 2044 EST
9. BIRTH STATE/FOREIGN COUNTRY: CA
10. SOCIAL SECURITY NUMBER: 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
11. EVER IN U.S. ARMED FORCES?: NO
12. MARITAL STATUS/SRDP: NEVER MARRIED
14/15. WAS DECEDENT HISPANIC/LATINO/A/SPANISH?: NO
16. DECEDENT'S RACE: WHITE
17. USUAL OCCUPATION: MANUFACTURER
18. KIND OF BUSINESS OR INDUSTRY: MANUFACTURING MEDICAL SUPPLIES
19. YEARS IN OCCUPATION: 1
13. EDUCATION: 09

**USUAL RESIDENCE**

20. DECEDENT'S RESIDENCE: 7118 STEWART AND GRAY RD
21. CITY: DOWNEY
22. COUNTY/PROVINCE: LOS ANGELES
23. ZIP CODE: 90241
24. YEARS IN COUNTY: 29
25. STATE/FOREIGN COUNTRY: CA
27. INFORMANT'S MAILING ADDRESS: 7118 STEWART AND GRAY RD, DOWNEY, CA 90241

**INFORMANT**

28. INFORMANT'S NAME, RELATIONSHIP: LINDA LEE STEELE, MOTHER

**SPOUSE/SRDP AND PARENT INFORMATION**

29. NAME OF SURVIVING SPOUSE/SRDP—FIRST: -
30. MIDDLE: -
33. LAST (BIRTH NAME): -
31. NAME OF FATHER/PARENT—FIRST: ALBERTO
32. MIDDLE: ARENAS
33. LAST: HURTADO
34. BIRTH STATE: MEX, MX
35. NAME OF MOTHER/PARENT—FIRST: LINDA
36. MIDDLE: LEE
37. LAST (BIRTH NAME): STEELE
38. BIRTH STATE: CA

**FUNERAL DIRECTOR/LOCAL REGISTRAR**

39. DISPOSITION DATE: 07/18/2024
40. PLACE OF FINAL DISPOSITION: PARK LAWN CEMETERY, 6555 E GAGE AVE, COMMERCE, CA 90040
41. TYPE OF DISPOSITION(S): BURIAL
42. SIGNATURE OF EMBALMER: ARTURO Y MUNOZ
43. LICENSE NUMBER: EMB9567
44. NAME OF FUNERAL ESTABLISHMENT: ALLEN – ENGLISH & ESTRADA FUNERAL SERVICE
45. LICENSE NUMBER: FD743
46. SIGNATURE OF LOCAL REGISTRAR: MUNTU DAVIS MD
47. DATE: 07/15/2024

**PLACE OF DEATH**

101. PLACE OF DEATH: ALLEY
102. IF HOSPITAL, SPECIFY ONE: 
103. IF OTHER THAN HOSPITAL, SPECIFY ONE: Other
104. COUNTY: LOS ANGELES
105. FACILITY ADDRESS OR LOCATION WHERE FOUND: 7118 STEWART AND GRAY RD
106. CITY: DOWNEY

**CAUSE OF DEATH**

107. CAUSE OF DEATH:
IMMEDIATE CAUSE (A): GUNSHOT WOUNDS
(B):
(C):
(D):

Time Interval Between Onset and Death: SECS

108. DEATH REPORTED TO CORONER?: YES
REFERRAL NUMBER: 2024-10409
109. BIOPSY PERFORMED?: NO
110. AUTOPSY PERFORMED?: YES
111. USED IN DETERMINING CAUSE?: YES

112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH: NONE
113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112?: NO
113A. DECEDENT PREGNANT IN LAST YEAR?: NO

**PHYSICIAN'S CERTIFICATION**

114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.

**CORONER'S USE ONLY**

119. MANNER OF DEATH: Homicide (X Accident marked — appears marked)
120. INJURED AT WORK?: NO
121. INJURY DATE: 06/29/2024
122. HOUR: 2025
123. PLACE OF INJURY: OTHER: ALLEY
124. DESCRIBE HOW INJURY OCCURRED: SHOT BY OTHER(S)
125. LOCATION OF INJURY: 7118 STEWART AND GRAY RD, DOWNEY, CA 90241
126. SIGNATURE OF CORONER / DEPUTY CORONER: REGINA AUGUSTINE
127. DATE: 07/11/2024
128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: REGINA AUGUSTINE, DEP CORONER

STATE REGISTRAR: A B C D
FAX AUTH.#
CENSUS TRACT

### CERTIFIED COPY OF VITAL RECORD
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

This is a true certified copy of the record filed in the ...