**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.A. and S.A., minors by and through their Guardian ad Litem JULIETTA CHURCHER; ALBERTO HURTADO; LINDA LEE STEELE; ALEXANDER ARENAS; KRISTIN ARENAS<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF DOWNEY, DOES 1–10<br><br>Defendants. | Case No.: 2:25−cv−05555−MCS (ASx)<br>*District Judge Mark C. Scarsi*<br>*Magistrate Judge Alka Sagar*<br><br>**APPLICATION OF JULIETTA CHURCHER FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF T.A.**<br><br>[*Consent of Nominee* and *Proposed Order* filed concurrently herewith] |

## APPLICATION OF JULIETTA CHURCHER FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF T.A.

1. T.A. is a minor plaintiff in the above-referenced case.

2. T.A. was born on November 29, 2021.

3. JULIETTA CHURCHER, who is not a plaintiff in this matter, is the mother of minor plaintiff T.A.

4. JULIETTA CHURCHER is not a plaintiff in this case and has no interest potentially adverse to minor plaintiff T.A.

5. JULIETTA CHURCHER is a responsible adult and fully competent to understand and protect the rights of T.A. *See* Consent Declaration of Nominee to Appointment as Guardian *ad Litem* for Minor Plaintiff T.A., filed concurrently herewith.

6. Plaintiffs therefore respectfully request an order appointing JULIETTA CHURCHER as Guardian *ad Litem* for minor plaintiff T.A.

DATED: June 23, 2025

LAW OFFICES OF DALE K. GALIPO

By: */s/ Cooper Alison-Mayne*
Dale K. Galipo
Cooper Alison-Mayne
*Attorneys for Plaintiffs*

DATED: 6/23/2025

By: _____
JULIETTA CHURCHER

-2-
APPLICATION FOR APPOINTMENT OF GUARDIAN AD LITEM