**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.A. and S.A., minors by and through their Guardian ad Litem JULIETTA CHURCHER; ALBERTO HURTADO; LINDA LEE STEELE; ALEXANDER ARENAS; KRISTIN ARENAS<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF DOWNEY, DOES 1–10<br><br>Defendants. | Case No.: 2:25−cv−05555−MCS (ASx)<br>*District Judge Mark C. Scarsi*<br>*Magistrate Judge Alka Sagar*<br><br>**CONSENT DECLARATION OF NOMINEE JULIETTA CHURCHER AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF T.A.**<br><br>[*Application for Appointment as Guardian ad Litem*, and *Proposed Order* filed concurrently herewith] |

## CONSENT DECLARATION OF NOMINEE

I, JULIETTA CHURCHER, the nominee and mother of T.A., who is a minor plaintiff in the above-referenced action and the biological child of the decedent Alberto N. Arenas, consent to act as Guardian Ad Litem of the minor plaintiff T.A. in the above-referenced action.

-1-
DECLARATION AND CONSENT OF NOMINEE FOR APPOINTMENT AS GUARDIAN AD LITEM

1  I am a fully competent and responsible adult. I am qualified to understand and
2  protect the rights of the minor plaintiff T.A., and have no interests adverse to the
3  interests of the minor plaintiff T.A.
4  I declare, under penalty of perjury and under the laws of the United States,
5  that the foregoing is true and correct.

6
7  Executed on ___6/23/2025___ in ___Los Angeles___, California.
8
9
10  Signed by:
   _____
   A3D0E58D3D084F2...
   JULIETTA CHURCHER

-2-
DECLARATION AND CONSENT OF NOMINEE FOR APPOINTMENT AS GUARDIAN AD LITEM