**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.A. and S.A., minors by and through their Guardian ad Litem JULIETTA CHURCHER; ALBERTO HURTADO; LINDA LEE STEELE; ALEXANDER ARENAS; KRISTIN ARENAS<br><br>     Plaintiffs,<br><br> v.<br><br>CITY OF DOWNEY, DOES 1–10<br><br>     Defendants. | Case No.: 2:25−cv−05555−MCS (ASx)<br>*District Judge Mark C. Scarsi*<br>*Magistrate Judge Alka Sagar*<br><br>**[PROPOSED] ORDER GRANTING APPLICATION OF JULIETTA CHURCHER FOR APPOINTMENT AS GUARDIAN AD LITEM FOR T.A.**<br><br>[*Filed concurrently with Consent of Nominee, 377 Declaration,* and *Application*] |

IT IS HEREBY ORDERED THAT the application of JULIETTA CHURCHER for appointment as Guardian *ad Litem* for plaintiff T.A. is granted.

IT IS SO ORDERED.

DATED:          By:  _____
                    Honorable Alka Sagar
                    United States Magistrate Judge

[PROPOSED] ORDER