| | |
|---|---|
| 1 | **LAW OFFICES OF DALE K. GALIPO** |
| | Dale K. Galipo, Esq. (SBN 144074) |
| 2 | dalekgalipo@yahoo.com |
| | Cooper Alison-Mayne (SBN 343169) |
| 3 | cmayne@galipolaw.com |
| | 21800 Burbank Boulevard, Suite 310 |
| 4 | Woodland Hills, CA 91367 |
| | Phone: (818) 347-3333 |

**RUBIN LAW OFFICE, P.C.**
David Rubin (SBN 304744)
david@rubinlawoffice.com
2292 Faraday Avenue, Suite 100
Carlsbad, CA 92008
Phone: (619) 719–1087

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.A. and S.A., minors by and through their Guardian ad Litem JULIETTA CHURCHER; ALBERTO HURTADO; LINDA LEE STEELE; ALEXANDER ARENAS; KRISTIN ARENAS | Case No.: 2:25−cv−05555−MCS (ASx) |
| | **DECLARATION OF JULIETTA CHURCHER AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF T.A. (C.C.P. § 377.32)** |
| Plaintiffs, | |
| v. | |
| CITY OF DOWNEY, DOES 1–10 | |
| Defendants. | |

## C.C.P. § 377.32 DECLARATION OF JULIETTA CHURCHER FOR T.A., SUCCESSOR IN INTEREST TO ALBERTO ARENAS

I, JULIETTA CHURCHER, do hereby declare as follows:

-1-
DECLARATION

1. My name is JULIETTA CHURCHER. I am a competent adult over the age of eighteen and the natural mother of minor plaintiff T.A.

2. I am personally familiar with the facts contained herein and would and could competently testify thereto if called upon to do so.

3. The name of the decedent in this action is Alberto Arenas ("Decedent").

4. T.A. is Decedent's child. He is Decedent's successor in interest as defined in Section 377.11 of the California Code of Civil Procedure as his biological child.

5. No other persons have a superior right to commence this action.

6. Everett's death certificate is filed concurrently as Exhibit A.

I, JULIETTA CHURCHER, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on ____6/23/2025____ 2025 in ____Los Angeles____, California.

_____
JULIETTA CHURCHER

-2-
DECLARATION

# EXHIBIT A

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF LOS ANGELES
## DEPARTMENT OF PUBLIC HEALTH

### CERTIFICATE OF DEATH

STATE FILE NUMBER: 3052024148385
LOCAL REGISTRATION NUMBER: 3202419032637

| Field | Value |
|---|---|
| 1. Name of Decedent - First (Given) | ALBERTO |
| 2. Middle | NICHOLAS |
| 3. Last (Family) | ARENAS |
| 4. Date of Birth | 01/07/1995 |
| 5. Age Yrs. | 29 |
| 6. Sex | M |
| 7. Date of Death | 06/29/2024 |
| 8. Hour (24 Hours) | 2044 EST |
| 10. Social Security Number | 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 |
| 11. Ever in U.S. Armed Forces? | NO |
| 12. Marital Status | NEVER MARRIED |
| 9. Birth State/Foreign Country | CA |
| 14/15. Was Decedent Hispanic/Latino/a/Spanish? | NO |
| 16. Decedent's Race | WHITE |
| 13. Education | 09 |
| 18. Kind of Business or Industry | MANUFACTURING MEDICAL SUPPLIES |
| 19. Years in Occupation | 1 |
| 17. Usual Occupation | MANUFACTURER |
| 20. Decedent's Residence | 7118 STEWART AND GRAY RD |
| 22. County/Province | LOS ANGELES |
| 23. Zip Code | 90241 |
| 24. Years in County | 29 |
| 25. State/Foreign Country | CA |
| 21. City | DOWNEY |
| 27. Informant's Mailing Address | 7118 STEWART AND GRAY RD, DOWNEY, CA 90241 |
| 28. Informant's Name, Relationship | LINDA LEE STEELE, MOTHER |
| 31. Name of Father/Parent-First | ALBERTO |
| 32. Middle | ARENAS |
| 33. Last | HURTADO |
| 34. Birth State | MEX, MX |
| 35. Name of Mother/Parent-First | LINDA |
| 36. Middle | LEE |
| 37. Last (Birth Name) | STEELE |
| 38. Birth State | CA |
| 40. Place of Final Disposition | PARK LAWN CEMETERY, 6555 E GAGE AVE, COMMERCE, CA 90040 |
| 39. Disposition Date | 07/18/2024 |
| 41. Type of Disposition(s) | BURIAL |
| 42. Signature of Embalmer | ARTURO Y MUNOZ |
| 43. License Number | EMB9567 |
| 44. Name of Funeral Establishment | ALLEN - ENGLISH & ESTRADA FUNERAL SERVICE |
| 45. License Number | FD743 |
| 46. Signature of Local Registrar | MUNTU DAVIS MD |
| 47. Date | 07/15/2024 |
| 101. Place of Death | Other |
| 103. If Other Than Hospital, Specify One | Other |
| 105. Facility Address or Location Where Found | ALLEY |
| 104. County | LOS ANGELES |
| 105. Street | 7118 STEWART AND GRAY RD |
| 106. City | DOWNEY |
| 108. Death Reported to Coroner? | YES |
| Referral Number | 2024-10409 |
| 107. Cause of Death - Immediate Cause (A) | GUNSHOT WOUNDS |
| Time Interval | SECS |
| 109. Biopsy Performed? | NO |
| 110. Autopsy Performed? | YES |
| 111. Used in Determining Cause? | YES |
| 112. Other Significant Conditions | NONE |
| 113. Was Operation Performed | NO |
| 113A. Decedent Pregnant in Last Year? | NO |
| 119. Manner of Death | Accident |
| 120. Injured at Work? | NO |
| 121. Injury Date | 06/29/2024 |
| 122. Hour | 2025 |
| 123. Place of Injury | OTHER: ALLEY |
| 124. Describe How Injury Occurred | SHOT BY OTHER(S) |
| 125. Location of Injury | 7118 STEWART AND GRAY RD, DOWNEY, CA 90241 |
| 126. Signature of Coroner / Deputy Coroner | REGINA AUGUSTINE |
| 127. Date | 07/11/2024 |
| 128. Type Name, Title of Coroner / Deputy Coroner | REGINA AUGUSTINE, DEP CORONER |

### CERTIFIED COPY OF VITAL RECORD
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

This is a true certified copy of the record filed in the [County of Los Angeles...]