**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

T.A. and S.A., minors by and through their Guardian ad Litem JULIETTA CHURCHER;
ALBERTO HURTADO; LINDA LEE STEELE;
ALEXANDER ARENAS; KRISTIN ARENAS

       Plaintiffs,

  v.

CITY OF DOWNEY, DOES 1–10

       Defendants.

Case No.: 2:25−cv−05555−MCS (ASx)
*District Judge Mark C. Scarsi*
*Magistrate Judge Alka Sagar*

**[PROPOSED] ORDER GRANTING APPLICATION OF JULIETTA CHURCHER FOR APPOINTMENT AS GUARDIAN AD LITEM FOR T.A.**

[*Filed concurrently with Consent of Nominee, 377 Declaration,* and *Application*]

      IT IS HEREBY ORDERED THAT the application of JULIETTA CHURCHER for appointment as Guardian *ad Litem* for plaintiff T.A. is granted.

      IT IS SO ORDERED.

DATED: June 24, 2025

                          / s / Sagar
                        Honorable Alka Sagar
                        United States Magistrate Judge