# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.A., et al.<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF DOWNEY, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:25-cv-05555-MCS-AS<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   8/21/2025

Document No.:   19-2

Title of Document:   RE Proposed order ONLY

**ERROR(S) WITH DOCUMENT:**

L.R. 58-10 at least 2 lines of text must accompany the Signature Line for Signature of Judge on a last page of proposed order

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: August 22, 2025         By:  /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
                                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G-112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS