UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:25-cv-05555-MCS-AS | Date November 6, 2025 |
| Title *T.A. v. City of Downey* | |

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER OF DISMISSAL WITHOUT PREJUDICE (JS-6)

Plaintiffs T.A. and S.A., by and through their guardian ad litem Julietta Churcher, filed an unopposed ex parte application for approval of the minors' settlement of their claims. (Appl., ECF No. 19.) On September 2, 2025, the Court issued an order granting the application. (Order, ECF No. 24.) Because the order called for Defendants to "prepare and deliver the drafts for the gross settlement proceeds" no later than 45 days after entry of the order, (*id.* at 2), the Court surmises that the settlement proceeds have been delivered. For case management purposes only, the Court dismisses the action without prejudice. This Order does not preclude the filing of a stipulation of dismissal with prejudice, which does not require the approval of the Court. Fed. R. Civ. P. 41(a)(1)(A).

**IT IS SO ORDERED.**