**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, SBN 144074
Cooper Alison-Mayne, SBN 343169
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Email: dalekgalipo@yahoo.com

*Attorneys for All Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.A. and S.A., minors by and through their Guardian ad Litem JULIETTA CHURCHER; ALBERTO HURTADO; LINDA LEE STEELE; ALEXANDER ARENAS; KRISTIN ARENAS<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF DOWNEY, DOES 1–10<br><br>Defendants. | Case No.: 2:25−cv−05555−MCS (ASx)<br>*District Judge Mark C. Scarsi*<br>*Magistrate Judge Alka Sagar*<br><br>**JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)** |

IT IS HEREBY STIPULATED by and among the parties hereto, by and through their respective counsel of record, that this entire action is hereby dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). All parties to bear their own attorney's fees and costs.

IT IS SO STIPULATED.

Respectfully Submitted,

DATED: December 3, 2025         LAW OFFICES OF DALE K. GALIPO

By   /s/Cooper Alison-Mayne
    Dale K. Galipo
    Cooper Alison-Mayne

*Attorneys for Plaintiffs*

DATED: December 3, 2025         CARPENTER, ROTHANS & DUMONT LLP

By   /s/ Kimberly Sarmiento
    Kimberly Sarmiento
    *Attorney for Defendant*