UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| T.A. and S.A., minors by and through their Guardian ad Litem JULIETTA CHURCHER; ALBERTO HURTADO; LINDA LEE STEELE; ALEXANDER ARENAS; KRISTIN ARENAS<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF DOWNEY, DOES 1–10<br><br>Defendants. | Case No.: 2:25−cv−05555−MCS (ASx)<br>*District Judge Mark C. Scarsi*<br>*Magistrate Judge Alka Sagar*<br><br>**[PROPOSED] ORDER DISMISSING ALL CLAIMS WITH PREJUDICE** |

## **[PROPOSED] ORDER**

Pursuant to the stipulation by and between the parties to these consolidated actions, through the parties' respective attorneys of record, IT IS HEREBY ORDERED that the above-captioned action is dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

**IT IS SO ORDERED**.

DATED:                By: _____
HON. MARK C. SCARSI
UNITED STATES DISTRICT JUDGE